HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON ERNEST LONGACRE,<br><br>                  Plaintiff,<br>    v.<br><br>WASHINGTON STATE PATROL, et al.,<br><br>                  Defendants. | CASE NO. C18-5779 RBL<br><br>ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION |

THIS MATTER is before the Court on Plaintiff Longacre's Motion for Reconsideration of the Court's Order dismissing defendant Smarr based on the statue of limitations. Longacre claims that under state law, timely service on one defendant tolls the limitations period for an unspecified (but not infinite) time as to the other named defendants, permitting him additional time to serve Smarr. *See Sidis v Brodie/Dohrmann*, Inc., 117Wash.2d 325, 815 P.2d 781 (1991); *Bosteder v. City of Renton*, 117 p.3D 316 (2013). Longacre appears to claim that because the limitations period for his claims against Smarr had not expired on removal, the Court's Order [Dkt. # 28] was erroneous.

Under Local Rule CR 7(h), no motion for reconsideration will be granted unless the opposing party has been afforded the opportunity to file a response.

1    The court hereby REQUESTS that the Defendant Smarr file a short (less than 6 pages)

2    Response to the Motion for Reconsideration.  The Response should address the argument and

3    authority above. It should be filed by January 28, 2019.  The Motion for Reconsideration is [Dkt.

4    #22] is **RE-NOTED for February 1**.

5        IT IS SO ORDERED.

6        Dated this 18th day of January, 2019.

Ronald B. Leighton
United States District Judge